| | | |
|---|---|---|
| ANTIONETTE JONES<br>4910 KRENSHAW AVE<br>Baltimore, Maryland 21206 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | OF MARYLAND |
| v. | * | FOR BALTIMORE CITY |
| ROYAL CARIBBEAN CRUISES LTD.<br>1050 CARIBBEAN WAY<br>MIAMI FLORIDA 33132 | * | |
| | * | Case No.: C-24-CV-25-005121 |
| Serve on:<br>**Resident Agent**<br>THE CORPORATION TRUST, INC.<br>2405 York Road, STE 201<br>Lutherville, MD 21093 | * | |
| | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Antionette Jones (hereinafter "Plaintiff"), by her attorney, Brandon C. James and the Law Office of Barry Glazer, LLC, hereby files suit against Defendant Royal Caribbean Cruises Ltd (hereinafter "Royal Caribbean Cruises") and, in support thereof, states as follows:

1. Plaintiff is now and at all times relevant to this suit was a resident of Baltimore City, Maryland.

2. Upon information and belief, Defendant Royal Caribbean Cruises is a business entity in Miami with it's principal office located at 1050 Caribbean Way, Miami, Florida, which is engaged in the business of providing cruise rides to citizens of Baltimore Maryland.

3. On or about the evening of July 7, 2022, Plaintiff was a passenger on the Enhancement of Sea and attempted to take a shower in her cabin. As Plaintiff sat on a bench, the bench collapsed causing Plaintiff to fall and injure herself.

## COUNT I
**(Negligence)**

5. The allegations of fact hereinabove and below are set forth, are adopted herein, and made a part hereof, and further,

6. At the time of the incident, Defendant, its agents, servants and employees, owed a duty of care to Plaintiff, as an invitee, to use ordinary care in maintaining the premises under its control in a reasonably safe condition. This duty included, but was not limited to, inspecting and maintaining the facility services Defendant provided to the premises. This duty further required Defendant to correct any dangerous and defective conditions which existed on the premises and of which it was aware or reasonably should have been aware.

7. Defendant breached its duty of care to the Plaintiff when its agents, servants, and employees failed to correct or place warning signs of the dangerous condition of the bench, failed to correct the dangerous condition of the bench, and failed to warn Plaintiff of the dangerous condition which existed on the premises.

8. The dangerous condition of the bench was not discoverable by Plaintiff when exercising ordinary care for her safety. Plaintiff was at all times in the exercise of due care, and in no way contributed to the incident.

9. Defendant's breach of its duty of care was the direct and proximate cause of serious bodily injuries, pain, and mental distress suffered, and medical bills incurred by Plaintiff, without any negligence or want of due care on Plaintiff's part contributing thereto.

**WHEREFORE**, Plaintiff demands judgment against Defendant in a sum exceeding Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

Respectfully submitted,

\_\_\_/s/_____
Brandon C. James
AIS No.: 2101130004
The Law Offices of Barry R. Glazer, LLC
P.O. Box 27166 Light Street
Baltimore, MD 21230
Phone: (410) 547-8568
Bjames@barryglazer.com
*Attorneys for Plaintiff*

.

### DEMAND FOR JURY TRIAL

Plaintiff does hereby demand a trial by jury on all counts.

Respectfully submitted,

\_\_\_/s/_____
Brandon C. James
AIS No.: 2101130004
The Law Offices of Barry R. Glazer, LLC
P.O. Box 27166 Light Street
Baltimore, MD 21230
Phone: (410) 547-8568
Bjames@barryglazer.com
*Attorneys for Plaintiff*